

# CHRIS DANIEL   01-15-00133-CR

## HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/12/2015 3:08:22 PM
CHRISTOPHER A. PRINE
Clerk

February 10, 2015

CRESPIN MICHAEL LINTON
ATTORNEY OF RECORD
440 LOUISIANA, SUITE 900
HOUSTON, TX 77002

Defendant's Name:  DEZMON MARTIN GARCIA

Cause No:  1288553

Court:  337TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:**  2/04/14
**Sentence Imposed Date:**  1/07/15
**Court of Appeals Assignment:** First  Court of Appeals
**Appeal Attorney of Record:**  CRESPIN MICHAEL LINTON

Sincerely,

S. NORRIS
Criminal Post Trial Deputy

CC:  Devon Anderson
       District Attorney
       Appellate Division
       Harris County, Texas

       CARRIE LOGAN (DELIVERED VIA E-MAIL)

       MARCIA BARNETT

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

F I L E D
Chris Daniel
District Clerk 14-09U
FEB 04 2015
Time:_____
Harris County, Texas
By_____

NO. 1288553

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | BRAZORIA COUNTY, TEXAS |
| | § | |
| DEZMOND M. GARCIA | § | 337TH JUDICIAL DISTRICT |

## DEFENDANT'S NOTICE OF APPEAL

NOW COMES, the Defendant, Dezmond M. Garcia, and pursuant to the provisions of Article 44.02 of the Texas Code of Criminal Procedure and Texas Rule Of Appellate Procedure 25.2 and having been sentenced to 8 years in prison on the State's Amended Motion To Adjudicate Guilt on January 7, 2015, in this court, and files this written notice of appeal to the Court of Appeals. Defendant asserts that he is indigent and prays for the appointment of appellate counsel and the preparation of a free record to be provided to him.

SIGNED on this ___4th___ day of __February__, 2015.


CRESPIN MICHAEL LINTON
440 Louisiana, Suite 900
Houston, Texas 77002
(713) 236-1319
(713) 236-1242 (FAX)
crespin@hal-pc.org
Texas Bar No. 12392850
Attorney on Appeal for Defendant



FILED
Chris Daniel
District Clerk
FEB 04 2015
Time:
By_____
Harris County, Texas

Cause No. 1288553

THE STATE OF TEXAS

IN THE 337th DISTRICT COURT

v.

Dezmond M. Garcia Defendant

COUNTY CRIMINAL COURT AT LAW No.:_____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- ☒ is not a plea-bargain case, and the defendant has the right of appeal. [or]
- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]
- ☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]
- ☐ is a plea-bargain case, and the defendant has NO right of appeal. [or]
- ☐ the defendant has waived the right of appeal.

_____Renee Magee_____          _____2-4-15_____
Judge                                              Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____In Custody_____          _____Kevin M. Linton_____
Defendant                                        Defendant's Counsel

Mailing Address: _____          State Bar of Texas ID number: 12392850

Telephone number: _____          Mailing Address: 440 Louisiana, Suite 900
                                                                                       Houston, TX 77002

Fax number (if any): _____          Telephone number: (713) 236-1319

                                                              Fax number (if any): (713) 236-1242

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD   1st

3-8-15

Court **331**

Cause No. **1288553**

### The State of Texas
### Vs

Garcia, Dezmund Martin

1-7-15

Date Notice
Of Appeal: 2/4/15

Presentation:                    Vol._____ Pg._____

Judgment:                        Vol._____ Pg._____

Judge Presiding **Renee Magee**

Court Reporter **Carrie Logan**

Court Reporter **Marcie Barnett**

Court Reporter_____

Attorney
on Trial **Wendy Baker**

Attorney
on Appeal **Crespin Linton**

Appointed **X** Hired_____

Offense **Aggravated Assault w/ D.W.**

Jury Trial        Yes_____ No **X** (Maj)

Punishment
Assessed **8 years TDC /$500 fine**

Companion Cases
(If Known)_____

Amount of
Appeal Bond_____

Appellant
Confined:        Yes_____ No_____        22/997

Date Submitted
To Appeal Section **2/6/15**

Deputy Clerk_____